# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDOMERO GUARDIOLA,<br><br>    Petitioner,<br><br>vs.<br><br>DENNIS SMITH,<br>Warden,<br><br>    Respondent.<br>_____/ | Case No. 07-cv-0174 AWI TAG<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS; ORDER TO FILE RESPONSE WITHIN 15 DAYS (Doc. 6) |

Baldomero Guardiola ("Petitioner"), a state prisoner proceeding pro se, filed a the instant petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254. (Doc. 1). On May 16, 2007, Respondent Dennis Smith filed a motion to dismiss this action as premature. (Doc. 5). On June 4, 2007, Petitioner filed a motion for an extension of time to respond to the motion to dismiss, which he certified as mailed on May 25, 2007. (Doc. 6).

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Petitioner's motion for an extension of time, (Doc. 6), is GRANTED; and

2. Petitioner is ORDERED to file his response to the motion to dismiss no later than fifteen (15) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **June 15, 2007**　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE